CONTE C. CICALA (173554)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

ATTORNEYS FOR PLAINTIFF
"K" LINE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "K" LINE AMERICA, INC., a corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARSH RISK AND INSURANCE SERVICES; MARSH USA, INC.; MMC, INC., SEDGWICK JAMES; AND DOES ONE THROUGH TEN,<br><br>　　　　Defendants. | Case No.: C-06-02268 MJJ<br><br>**STIPULATED REQUEST FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

**STIPULATED REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE DATE**

Plaintiff "K" Line America, Inc., has requested, for the sake of its counsel's schedule, for the Case Management Conference in this matter, currently scheduled for June 27, 2006 at 2 p.m., to be rescheduled to July 11, 2006 at 2 p.m. or, in the alternative, July 25, 2006, at 2 p.m. Defendant Marsh USA, Inc., has advised that either alternative date would be acceptable and as an accommodation to Plaintiff's counsel so stipulates.

REQUEST FOR RESCHEDUING OF CMC
CASE NO. C-06-02268 MJJ

1

```
DATED: May 25, 2006          FLYNN, DELICH & WISE LLP


                             By _____/s/_____
                                  Conte C. Cicala

                             Attorneys for Plaintiff
                             "K" LINE AMERICA, INC.


DATED: May 25, 2006          LUCE, FORWARD, HAMILTON & SCRIPPS



                             By _____/s/_____
                                  Denis F. Shanagher
                             Attorneys for Defendant
                             MARSH USA, INC.
```

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, it is ordered that the Case Management Conference in this matter is rescheduled to ~~July ___~~, August 15, 2006, at 2 p.m., all other particulars to remain the same, with all deadlines linked to the date of such Case Management Conference continued accordingly. Joint Case Management Conference Statement due August 7, 2006.

IT IS SO ORDERED.

Dated: 5/30/2006

_____
UNITED STATES DISTRICT JUDGE

REQUEST FOR RESCHEDUING OF CMC
CASE NO. C-06-02268 MJJ

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

2