UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "K" LINE AMERICA, INC., a corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARSH RISK AND INSURANCE SERVICES; MARSH USA, INC.; MMC, INC., SEDGWICK JAMES; AND DOES ONE THROUGH TEN,<br><br>    Defendants. | Case No.: C-06-02268 MJJ<br><br>~~(Proposed)~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

    John P. Meade, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is "K" Line America, Inc., 6009 Bethlehem Road, Preston, MD 21655, (410) 673-1010, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing "K" LINE AMERICA, INC.,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R., 11-3. All

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in general Order No. 45, *Electronic Case Filing.*

Dated: 5/31/2006

_____
United States District Judge

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - CASE NO. C-06-02268 MJJ    2