CONTE C. CICALA (173554)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 693-5566
Facsimile:  (415) 693-0410

ATTORNEYS FOR PLAINTIFF
"K" LINE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "K" LINE AMERICA, INC., a corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARSH RISK AND INSURANCE SERVICES; MARSH USA, INC.; MMC, INC., SEDGWICK JAMES; AND DOES ONE THROUGH TEN,<br><br>　　　　Defendants. | Case No.:  C-06-02268 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DISPUTE** |

**STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY DISPUTE**

Whereas, MARSH USA INC. ("MARSH") has not yet made its written Initial Disclosures which were initially due June 20, 2006, nor has it timely responded to written discovery requests of "K" LINE AMERICA, INC. ("KAM"), which were due on February 21, 2007; and,

Whereas KAM has timely and properly met and conferred with MARSH over these issues; and,

Going:
---
Whereas MARSH and KAM wish to resolve this dispute without the need for formal motion or other contested petition to the Court, and instead wish to enter into a stipulation and order reflecting relief that would in the ordinary course be likely to be granted after a discovery motion;

MARSH and KAM hereby agree and stipulate as follows:

1) MARSH shall serve its initial disclosures and its response to KAM's outstanding written discovery requests, without objection save as to privilege, no later than March 9, 2007;

2) As to KAM only, KAM's fact discovery, expert disclosure, expert report and expert discovery cutoffs are each hereby extended 35 days.

3) All other dates are maintained. MJJ

DATED: March 5, 2007        FLYNN, DELICH & WISE LLP

                            By _____
                               Conte C. Cicala

                            Attorneys for Plaintiff
                            "K" LINE AMERICA, INC.

DATED: March 5, 2007        LUCE, FORWARD, HAMILTON & SCRIPPS

                            By _____
                               Denis F. Shanagher
                            Attorneys for Defendant
                            MARSH USA, INC.

///

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

[~~PROPOSED~~] ORDER

Pursuant to stipulation, and good cause having been shown,

IT IS SO ORDERED.

Dated: 3/7/07

*Martin J. Jenkins*
UNITED STATES DISTRICT JUDGE