1  Denis F. Shanagher, State Bar No. 100222
   William L. Marchant, State Bar No. 154445
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
3  San Francisco, California 94105-1582
   Telephone No.: 415.356.4600
4  Fax No.: 415.356.4610

5  Attorneys for Defendant MARSH USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| "K" LINE AMERICA, INC., a corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MARSH RISK AND INSURANCE SERVICES; MARSH USA, INC., MMC, INC., SEDGWICK JAMES; AND DOES ONE THROUGH TEN,<br><br>    Defendants. | Case No. C 06 2268 MJJ<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AND ORDER THEREON**<br><br>Complaint Filed:   February 24, 2006 |
|---|---|

Plaintiff "K" Line America, Inc. and defendant Marsh USA Inc., by and through their counsel of record, hereby stipulate as follows:

WHEREAS the parties to this action have settled their dispute; and

WHEREAS in furtherance of that settlement they now wish to dismiss the complaint with prejudice;

///

1  NOW, THEREFORE, IT IS HEREBY STIPULATED that this action may be
2  dismissed with prejudice, and that each side shall bear their own costs.
3
4  DATED: September 18, 2007     FLYNN, DELICH & WISE LLP
5
   By: _____
6      Conte C. Cicala
       Attorneys for Plaintiff "K" LINE AMERICA,
7      INC.
8
9  DATED: September 18, 2007     LUCE, FORWARD, HAMILTON & SCRIPPS LLP
10
11 By: _____
      Denis F. Shanagher
12    Attorneys for Defendant MARSH USA, INC.
13
14 IT IS SO ORDERED.
15
16 Dated: 9/28/2007
17
18                                _____
                                  UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28